UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUMA RIAZ, *et al.*, | : | CIV. NO. 3:25-cv-01073 |
| | : | |
| Plaintiffs, | : | (Judge Munley) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **REPORT AND RECOMMENDATION**

On June 12, 2025, the plaintiffs, Huma Riaz and Huzaish Meat Mart (collectively "the plaintiffs"), initiated this suit against the United States Department of Agriculture and SNAP (collectively "the defendants") by filing a complaint and paying the filing fee. *Doc. 1*. On June 23, 2025, we ordered the plaintiffs to serve the summons and the complaint on the defendants in accordance with Fed. R. Civ. P. 4 within 90 days of the date they filed the complaint. *Doc. 5*. The plaintiffs have filed nothing since they initiated this action on June 12, 2025, nor have the defendants entered an appearance or otherwise filed anything. *See docket generally*.

A plaintiff is required to serve a defendant within 90 days after the complaint is filed—in this case, on or before September 12, 2025. *See* Fed. R. Civ. P. 4(m). And a plaintiff is required to prove service via affidavit. Fed. R. Civ. P.

4(l).  On December 3, 2025, we ordered the plaintiffs to show cause on or before January 2, 2026, why this action should not be dismissed for failure to properly serve the defendants.  *Doc. 6*.  The plaintiffs failed to respond in any way.  *See docket generally*.

Accordingly, we recommend that the court dismiss this action without prejudice for failure to effect proper service on the defendant.

The Parties are further placed on notice that pursuant to Local Rule 72.3:

Any party may object to a magistrate judge's proposed findings, recommendations or report addressing a motion or matter described in 28 U.S.C. ' 636 (b)(1)(B) or making a recommendation for the disposition of a prisoner case or a habeas corpus petition within fourteen (14) days after being served with a copy thereof.  Such party shall file with the clerk of court, and serve on the magistrate judge and all parties, written objections which shall specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for such objections.  The briefing requirements set forth in Local Rule 72.2 shall apply.  A judge shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.  The judge, however, need conduct a new hearing only in his or her discretion or where required by law, and may consider the record developed before the magistrate judge, making his or her own determination on the basis of that record.  The judge may also receive further evidence, recall witnesses or recommit the matter to the magistrate judge with instructions.

Submitted this 12th day of January 2026.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge